No. 2961. Wallace *v.* Thomson. April Term, 1892. This was a formal order passed PER CURIAM June 14, 1892, dismissing an appeal under rule 7 of this court on the following facts shown to the court by affidavits served with the notice of the motion : The "Case" was settled April 14th ; on May 14th notice was served on respondent's attorney demanding the service of three copies of the printed "Case" within ten days thereafter ;

---

[1] See 33 S. C., 606, 609, 610, 611, 612 ; 35 S. C., 602.—Reporter.

on May 25 appellant filed with clerk of Supreme Court an affidavit of inability to print; on June 8 respondent's attorney served notice of this motion with affidavit of above facts, and of the further fact that no printed or written copies of the "Case" had been served upon him.